# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-11178-TPA |
| | : | |
| Gloria Jean Knapp, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

DATES OF ENCLOSED PAYMENT ADVICES:

September 21, 2018

October 5, 2018

October 19, 2018

November 2, 2018

Next Payment Advice Expected (post-filing):

November 16, 2018

C.B.                                                                KNAPP, GLORIA JEAN

**Lakeshore Community Services Inc.**
1350 W 26TH ST
ERIE, PA 16508
8144569962

**Direct Deposit Earnings Statement**
DD000000000000134220

| Pay Date | Start Period | End Period |
|---|---|---|
| 9/21/2018 | 9/1/2018 | 9/14/2018 |

## Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Base Rate | $14.00 | 5.00 | $70.00 | $7,506.41 |
| In-Service Training | $14.00 | 5.50 | $77.00 | $210.04 |
| Bonus | $0.00 | 0.00 | $0.00 | $1,838.00 |
| Difference Due | $0.00 | 0.00 | $0.00 | $0.40 |
| Holiday Time | $0.00 | 0.00 | $0.00 | $152.08 |
| Overtime | $0.00 | 0.00 | $0.00 | $125.28 |
| Total: | | 10.50 | $147.00 | $9,832.21 |

## Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| 403B Flat Amount | $10.00 | $170.00 |
| Total: | $10.09 | $176.30 |

## Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $10.00 | $1,002.00 |
| SS | $9.12 | $609.60 |
| MED | $2.13 | $142.57 |
| PA | $4.51 | $301.85 |
| PASUI Employe | $0.09 | $6.30 |
| PCWARC2 | $1.47 | $98.33 |
| LCPIW0 | $0.00 | $5.00 |
| Total: | $27.23 | $2,159.35 |

## Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| Total: | $0.00 | $0.00 |

## Net Wage Amounts

| | |
|---|---|
| Net wages/period | $109.68 |
| Net wages YTD | $7,496.56 |

## Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| 043300738 | XXXXX85967 | $109.68 |
| | Total: | $109.68 |

## Miscellaneous

KNAPP, GLORIA J
4013 Hatch Run Rd
Warren, PA 16365-8148

**Lakeshore Community Services Inc.**
1350 W 26TH ST
ERIE, PA 16508
8144569962

**Direct Deposit Earnings Statement**
DD000000000000134668

| Pay Date | Start Period | End Period |
|---|---|---|
| 10/5/2018 | 9/15/2018 | 9/28/2018 |

## Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Base Rate | $14.00 | 63.00 | $882.00 | $8,388.41 |
| Bonus | $0.00 | 0.00 | $0.00 | $1,838.00 |
| Difference Due | $0.00 | 0.00 | $0.00 | $0.40 |
| Holiday Time | $0.00 | 0.00 | $0.00 | $152.08 |
| In-Service Training | $0.00 | 0.00 | $0.00 | $210.04 |
| Overtime | $0.00 | 0.00 | $0.00 | $125.28 |
| Total: | | 63.00 | $882.00 | $10,714.21 |

## Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| 403B Flat Amount | $10.00 | $180.00 |
| Total: | $10.53 | $186.83 |

## Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $90.24 | $1,092.24 |
| SS | $54.68 | $664.28 |
| MED | $12.79 | $155.36 |
| PA | $27.08 | $328.93 |
| PASUI Employe | $0.53 | $6.83 |
| PCWARC2 | $8.82 | $107.15 |
| LCPIW0 | $0.00 | $5.00 |
| Total: | $193.61 | $2,352.96 |

## Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| Total: | $0.00 | $0.00 |

## Net Wage Amounts

| | |
|---|---|
| Net wages/period | $677.86 |
| Net wages YTD | $8,174.42 |

## Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| 043300738 | XXXXX85967 | $677.86 |
| | Total: | $677.86 |

## Miscellaneous

KNAPP, GLORIA J
4013 Hatch Run Rd
Warren, PA 16365-8148

**Lakeshore Community Services Inc.**
1350 W 26TH ST
ERIE, PA 16508
8144569962

## Direct Deposit Earnings Statement

DD000000000000135120

| Pay Date | Start Period | End Period |
|---|---|---|
| 10/19/2018 | 9/29/2018 | 10/12/2018 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Base Rate | $14.00 | 62.00 | $868.00 | $9,256.41 |
| Bonus | $0.00 | 0.00 | $0.00 | $1,838.00 |
| Difference Due | $0.00 | 0.00 | $0.00 | $0.40 |
| Holiday Time | $0.00 | 0.00 | $0.00 | $152.08 |
| In-Service Training | $0.00 | 0.00 | $0.00 | $210.04 |
| Overtime | $0.00 | 0.00 | $0.00 | $125.28 |
| Total: | | 62.00 | $868.00 | $11,582.21 |

### Payroll Deductions / Taxes

| Description | Amount | Year To Date | Code | Amount | Year To Date |
|---|---|---|---|---|---|
| 403B Flat Amount | $10.00 | $190.00 | FED | $88.56 | $1,180.80 |
| | | | SS | $53.82 | $718.10 |
| | | | MED | $12.58 | $167.94 |
| | | | PA | $26.65 | $355.58 |
| | | | PASUI Employe | $0.52 | $7.35 |
| | | | PCWARC2 | $8.68 | $115.83 |
| | | | LCPIW0 | $0.00 | $5.00 |
| Total: | $10.52 | $197.35 | Total: | $190.29 | $2,543.25 |

### Payroll Benefits / Net Wage Amounts

| Description | Amount | Year To Date | | |
|---|---|---|---|---|
| | | | Net wages/period | $667.19 |
| | | | Net wages YTD | $8,841.61 |
| Total: | $0.00 | $0.00 | | |

### Direct Deposit Information / Miscellaneous

| Bank | Account | Amount |
|---|---|---|
| 043300738 | XXXXX85967 | $667.19 |
| | Total: | $667.19 |

KNAPP, GLORIA J
4013 Hatch Run Rd
Warren, PA 16365-8148

**Lakeshore Community Services Inc.**
1350 W 26TH ST
ERIE, PA 16508
8144569962

**Direct Deposit Earnings Statement**

DD000000000000135572

| Pay Date | Start Period | End Period |
|---|---|---|
| 11/2/2018 | 10/13/2018 | 10/26/2018 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Base Rate | $14.00 | 59.25 | $829.50 | $10,085.91 |
| Bonus | $0.00 | 0.00 | $0.00 | $1,838.00 |
| Difference Due | $0.00 | 0.00 | $0.00 | $0.40 |
| Holiday Time | $0.00 | 0.00 | $0.00 | $152.08 |
| In-Service Training | $0.00 | 0.00 | $0.00 | $210.04 |
| Overtime | $0.00 | 0.00 | $0.00 | $125.28 |
| Total: | | 59.25 | $829.50 | $12,411.71 |

### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| 403B Flat Amount | $10.00 | $200.00 |
| Total: | $10.50 | $207.85 |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $83.94 | $1,264.74 |
| SS | $51.43 | $769.53 |
| MED | $12.03 | $179.97 |
| PA | $25.47 | $381.05 |
| PASUI Employe | $0.50 | $7.85 |
| PCWARC2 | $8.30 | $124.13 |
| LCPIW0 | $0.00 | $5.00 |
| Total: | $181.17 | $2,724.42 |

### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| Total: | $0.00 | $0.00 |

### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $637.83 |
| Net wages YTD | $9,479.44 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| 043300738 | XXXXX85967 | $637.83 |
| | Total: | $637.83 |

### Miscellaneous

KNAPP, GLORIA J
4013 Hatch Run Rd
Warren, PA 16365-8148

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-11178-TPA |
| | : | |
| **Gloria Jean Knapp,** | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| **Gloria Jean Knapp,** | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Gloria Jean Knapp**, hereby state as follows:

1.) I am employed at Lakeshore Community Services Inc., where I bring home an average of $1,156.02 per month.
2.) I receive Social Security Benefits in the amount of $1,166.20 per month.
3.) I also receive a Pension in the amount of $1,513.20 per month.
4.) I was required to file 2016 - 2017 tax returns; therefore I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: December 7, 2018           /s/ Gloria Jean Knapp
                                 Debtor