| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Gloria Jean Knapp** | Social Security number or ITIN | **xxx–xx–9666** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter 13 | 11/13/18 |
| Case number: | 18–11178–TPA | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Gloria Jean Knapp | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4013 Hatch Run Road<br>Warren, PA 16365 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335 | Contact phone 814.724.1165<br>Email: dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br>Contact phone 814–464–9740<br>Date: 12/10/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 29, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/1/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/22/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/13/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/29/19** at **02:00 PM** , Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-11178-TPA
Gloria Jean Knapp                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: mgut              Page 1 of 2              Date Rcvd: Dec 10, 2018
                              Form ID: 309I           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2018.
db             +Gloria Jean Knapp,    4013 Hatch Run Road,    Warren, PA 16365-8148
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14948359       +Citizens Bank Na,    480 Jefferson Boulevard,    Warwick, RI 02886-1359
14948363       +Community Bank Na,    45-49 Court Street,    Canton, NY 13617-1179
14954093       +Community Bank, N.A.,    PO Box 509,    Canton, NY 13617-0509
14948368       +Donald E Lewis Funeral Home Inc,    304 East Street,    Warren, PA 16365-2322
14948369       +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
14948370       +Five Star Bank,    55 North Main Street,    Warsaw, NY 14569-1325
14948371       +Freedom Mortgage Corporation,    10500 Kincaid Drive,    Fishers, IN 46037-9764
14948375       +Phillips & Cohen Associates Ltd,    1002 Justison Street,    Wilmington, DE 19801-5148
14948376       +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
14948377       +Receivables Outsourcing LLC,    PO Box 62850,    Baltimore, MD 21264-2850
14948379       +Synchrony Bank / Grossman's Bargain,    PO Box 960061,    Orlando, FL 32896-0061
14948380       +The Home Depot,    PO Box 9001010,    Louisville, KY 40290-1010
14948381       +Tractor Supply,    PO Box 9001006,    Louisville, KY 40290-1006
14948382       +Travelers,    NBT Insurance Agency LLC,    66 South Broad Street,    Norwich, NY 13815-1736
14948383       +UPMC Community Medicine,    6681 Country Club Drive,    Minneapolis, MN 55427-4601
14948385       +Warren General Hospital,    2 West Crescent Park,    Warren, PA 16365-2199

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dan@mrdebtbuster.com Dec 11 2018 02:49:59      Daniel P. Foster,
                 Foster Law Offices,    PO Box 966,    Meadville, PA  16335
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 11 2018 02:50:39      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Dec 11 2018 02:50:53
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14948358       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 11 2018 02:51:19
                 Bayview Financial Loan,    4425 Ponce De Leon Boulevard,    Coral Gables, FL 33146-1873
14948360       +EDI: WFNNB.COM Dec 11 2018 07:44:00      Comenity Bank / Bonton,    Po Box 182789,
                 Columbus, OH 43218-2789
14948361       +EDI: WFNNB.COM Dec 11 2018 07:44:00      Comenity Bank / Kay's,    3100 Easton Square Plaza,
                 Columbus, OH 43219-6232
14948362       +EDI: WFNNB.COM Dec 11 2018 07:44:00      Comenity Capital Bank / Haband,    Po Box 182120,
                 Columbus, OH 43218-2120
14948364       +EDI: CRFRSTNA.COM Dec 11 2018 07:43:00      Credit First NA,    6275 Eastland Road,
                 Brookpark, OH 44142-1399
14948365        EDI: DISCOVER.COM Dec 11 2018 07:44:00      Discover Bank,    PO Box 30943,
                 Salt Lake City, UT 84130
14948366        EDI: DISCOVER.COM Dec 11 2018 07:44:00      Discover Financial Services LLC,    Po Box 15316,
                 Wilmington, DE 19850
14953125        EDI: DISCOVER.COM Dec 11 2018 07:44:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
14948367       +E-mail/Text: bankruptcy.bnc@ditech.com Dec 11 2018 02:50:19      Ditech Financial LLC,
                 Po Box 6172,    Rapid City, SD 57709-6172
14948372       +E-mail/Text: BKRMailOPS@weltman.com Dec 11 2018 02:50:23      Kay Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
14948373       +E-mail/Text: bankruptcy@nbtbank.com Dec 11 2018 02:51:17      Nbt Bank Na,
                 52 South Broad Street,    Norwich, NY 13815-1699
14948374       +Fax: 407-737-5634 Dec 11 2018 03:12:57      Ocwen Loan,    1661 Worthington Road,
                 West Palm Beach, FL 33409-6493
14948378       +E-mail/Text: bankruptcy@bbandt.com Dec 11 2018 02:50:36      Sheffield Financial Company,
                 2554 Lewisville Clemmons,    Clemmons, NC 27012-8110
14948384        EDI: USBANKARS.COM Dec 11 2018 07:43:00      Us Bank,    Po Box 5227,    Cincinnati, OH 45201
                                                                                               TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Freedom Mortgage Corporation
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1          User: mgut                  Page 2 of 2                  Date Rcvd: Dec 10, 2018
                              Form ID: 309I               Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Gloria Jean Knapp dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```