**MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS**

FILED
2/8/19 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: __Knapp_____ TPA

Case Number: __18-11178__

Date of Meeting: __1-29-19__      Recording # __15__

Debtor(s) present __✓__ or Not Present _____ (__ No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Foster_____ (Present __✓__ or Not Present _____)

Date of Plan at § 341: __12/7/18__  Applicable commitment period __✓__ 3 yrs ___ 5 yrs

*for amended exemption*

___ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD

___ Order to Show Cause Requested
___ To be rescheduled by Clerk

__✓__ Confirmation Order recommended ___ Final __✓__ Interim
___ Amended Plan due:_____; Objections due:_____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
___ 341 Meeting  OR  ___ Conciliation Conf. OR ___ *Contested Hearing
On __6/4/19__ at __11:30__ am/pm Location_____

Chapter 13 Trustee/Attorney for Trustee