**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 18-11178-TPA |
| | : | |
| **Gloria Jean Knapp,** | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | REALTED TO DOCKET NO.: 30 |
| **Freedom Mortgage Corporation,** | : | |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Gloria Jean Knapp,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned Head Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Declaration Regarding Mortgage Payment Change** on the parties listed below.

Executed on: November 9, 2020

By: /s/ Kristen N. Dennis
Kristen N. Dennis, Paralegal
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

KML Law Group, P.C
c/o James C. Warmbrodt
JWarmbrodt@kmllawgroup.com

Gloria Jean Knapp
4013 Hatch Run Road
Warren, PA 16365