# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

08/20/2021

IN RE:

| | |
|---|---|
| GLORIA JEAN KNAPP | Case No.18-11178 TPA |
| 4013 HATCH RUN ROAD | |
| WARREN,  PA  16365 | Chapter 13 |
| XXX-XX-9666          Debtor(s) | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/20/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  FREEDOM MORT/PRAE | |

| | | |
|---|---|---|
| **CITIZENS BANK NA**\*\* | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  VEHICLE |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:3 | ACCOUNT NO.:  1867 |
| | CLAIM:  0.00 | |
| JOHNSTON, RI  02919 | COMMENT:  SURR/PL*W/19*38485.62/CL | |

| | | |
|---|---|---|
| **COMMUNITY BANK NA**\*\* | Trustee Claim Number:3  INT %: 0.00% | CRED DESC:  VEHICLE |
| PO BOX 628 | Court Claim Number:2 | ACCOUNT NO.:  2201 |
| | CLAIM:  0.00 | |
| OLEAN, NY  14760 | COMMENT:  SURR/PL*3501.98/CL | |

| | | |
|---|---|---|
| **FREEDOM MORTGAGE CORP** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| ATTN PAYMENT PROCESSING | Court Claim Number:7 | ACCOUNT NO.:  6378 |
| 10500 KINCAID DR | | |
| | CLAIM:  0.00 | |
| FISHERS, IN  46037 | COMMENT:  CL7GOV*1030/PL*1032.91 X(36+2)=LMT*BGN 12/18*DK! | |

| | | |
|---|---|---|
| **SHEFFIELD FINANCIAL CO** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| 2554 LEWISVILLE CLEMMONS | Court Claim Number: | ACCOUNT NO.:  9102 |
| | CLAIM:  0.00 | |
| CLEMMONS, NC  27012 | COMMENT:  SURR/PL | |

| | | |
|---|---|---|
| **US BANK NA**\*\* | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  VEHICLE |
| PO BOX 5227 | Court Claim Number:5 | ACCOUNT NO.:  4452 |
| | CLAIM:  0.00 | |
| CINCINNATI, OH  45201-5227 | COMMENT:  CL5GOV*W/*PMT/CL-PL*585X(36+2)=LMT | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number: | ACCOUNT NO.:  5337 |
| PO BOX 3025 | | |
| | CLAIM:  0.00 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | ACCOUNT NO.:  7300 |
| PO BOX 3025 | | |
| | CLAIM:  6,174.18 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **DONALD E LEWIS FUNERAL HOME** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 304 EAST ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WARREN, PA  16365 | COMMENT: | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 94982 | Court Claim Number:6 | ACCOUNT NO.:  2609 |
| | CLAIM:  341.68 | |
| CLEVELAND, OH  44101 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **RECEIVABLES OUTSOURCING LLC** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 62850 | Court Claim Number: | ACCOUNT NO.:  8474 |
| | CLAIM:  0.00 | |
| BALTIMORE, MD  21264-2850 | COMMENT:  UPMC COMMUNITY MDCN/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  9358 |
| PO BOX 41021 | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~GROSSMANS/SCH | |

| | | |
|---|---|---|
| **HOME DEPOT CREDIT SERVICES** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 9001010 | Court Claim Number: | ACCOUNT NO.:  1953 |
| | CLAIM:  0.00 | |
| LOUISVILLE, KY  40290 | COMMENT: | |

| | | |
|---|---|---|
| **TRACTOR SUPPLY/CBSD** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 6500 | Court Claim Number: | ACCOUNT NO.:  6469 |
| | CLAIM:  0.00 | |
| SIOUS FALLS, SD  57117 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **TRAVELERS** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| CLARE AGENCY INC | Court Claim Number: | ACCOUNT NO.:  1311 |
| 500 CHATHAM CTR | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **WARREN GENERAL HOSPITAL** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| TWO CRESENT PARK | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WARREN, PA  16365 | COMMENT: | |

| | | |
|---|---|---|
| **PHILLIPS & COHEN ASSOCIATES, LTD.** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 1002 JUSTISON STREET | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19801 | COMMENT: | |

| | | |
|---|---|---|
| **UPMC COMMUNITY MEDICINE** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| C/O GURSTEL CHARGO PA | Court Claim Number: | ACCOUNT NO.: |
| 6681 COUNTRY CLUB DR | CLAIM:  0.00 | |
| GOLDEN VALLEY, MN  55427 | COMMENT: | |

| | | |
|---|---|---|
| **CITIZENS BANK NA**\*\* | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  VEHICLE |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:3 | ACCOUNT NO.:  1867 |
| | CLAIM:  0.00 | |
| JOHNSTON, RI  02919 | COMMENT:  SURR/PL*ARRS*W/2*1357.80/CL | |

| | | |
|---|---|---|
| **CITIZENS BANK NA**\*\* | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  VEHICLE |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:4 | ACCOUNT NO.:  1867 |
| | CLAIM:  0.00 | |
| JOHNSTON, RI  02919 | COMMENT:  CL 4:$38,485.62~DUP OF CL 3 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **US BANK NA**\*\* | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  VEHICLE |
| PO BOX 5227 | Court Claim Number:5 | ACCOUNT NO.:  4452 |
| | CLAIM: 525.00 | |
| CINCINNATI, OH  45201-5227 | COMMENT:  CL5GOV*VEHCILE ARRS/CL*$0ARRS/PL | |

| | | |
|---|---|---|
| **FREEDOM MORTGAGE CORP** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| ATTN PAYMENT PROCESSING | Court Claim Number:7 | ACCOUNT NO.:  6378 |
| 10500 KINCAID DR | | |
| FISHERS, IN  46037 | CLAIM: 1,058.72 | |
| | COMMENT:  CL7GOV*$0/PL*THRU 11/18 | |