FILED
12/1/21 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-11178-TPA |
| Gloria Jean Knapp | : | Chapter: | 13 |
| *Debtor(s).* | : | Date: | 12/1/2021 |
| | : | Time: | 10:00 |

### PROCEEDING MEMO

**MATTER**    #33 Motion to Dismiss Case (Tee)
#37 Resp. by Debtor

**APPEARANCES:**
Debtor: Daniel P. Foster
Trustee: Owen Katz

**NOTES:**

Katz:    We have received a couple payments, $7 is owed.

Foster:    Payment will be made within 7 days.

**OUTCOME:**    $7 to be paid to the Trustee on or before 12/15/21.  MOE

*/s/ signature*
asg