FILED
12/17/21 1:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Gloria Jean Knapp<br><br>    Debtor(s)<br>Ronda J. Winnecour, Chapter 13 Trustee<br>    Movant(s)<br>    vs.<br>Gloria Jean Knapp<br><br>    Respondent(s) | Case No. 18-11178-TPA<br><br>Chapter 13<br>Related Doc #33 |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on November 1, 2021 (document #33) is hereby WITHDRAWN. Trustee has determined that the Debtor's plan is now complete.

                                                                  Respectfully submitted

12/16/2021                              /s/ Ronda J. Winnecour
                                            Ronda J. Winnecour (PA I.D. #30399)
                                            Attorney and Chapter 13 Trustee
                                            U.S. Steel Tower – Suite 3250
                                            600 Grant Street
                                            Pittsburgh, PA  15219
                                            (412) 471-5566
                                            cmecf@chapter13trusteewdpa.com

SO ORDERED
December 17, 2021

asg

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-11178-TPA

Gloria Jean Knapp     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dpas     Page 1 of 3

Date Rcvd: Dec 17, 2021     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gloria Jean Knapp, 4013 Hatch Run Road, Warren, PA 16365-8148 |
| 14948363 | + | Community Bank Na, 45-49 Court Street, Canton, NY 13617-1179 |
| 14954093 | + | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 14948368 | + | Donald E Lewis Funeral Home Inc, 304 East Street, Warren, PA 16365-2322 |
| 14948369 | + | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14948370 | + | Five Star Bank, 55 North Main Street, Warsaw, NY 14569-1325 |
| 14948371 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14982330 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14948375 | + | Phillips & Cohen Associates Ltd, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 14948377 | + | Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 14948379 | + | Synchrony Bank / Grossman's Bargain, PO Box 960061, Orlando, FL 32896-0061 |
| 14948382 | + | Travelers, NBT Insurance Agency LLC, 66 South Broad Street, Norwich, NY 13815-1736 |
| 14948383 | + | UPMC Community Medicine, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| 14948385 | + | Warren General Hospital, 2 West Crescent Park, Warren, PA 16365-2199 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14948358 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 17 2021 23:44:00 | Bayview Financial Loan, 4425 Ponce De Leon Boulevard, Coral Gables, FL 33146-1873 |
| 14979305 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 17 2021 23:44:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 14979591 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 17 2021 23:44:00 | Citizens Bank NA, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14948359 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 17 2021 23:44:00 | Citizens Bank Na, 480 Jefferson Boulevard, Warwick, RI 02886 |
| 14948360 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14948361 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenity Bank / Kay's, 3100 Easton Square Plaza, Columbus, OH 43219-6232 |
| 14948362 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2021 23:44:00 | Comenity Capital Bank / Haband, Po Box 182120, Columbus, OH 43218-2120 |
| 14948364 | + | Email/Text: BKPT@cfna.com | Dec 17 2021 23:44:00 | Credit First NA, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 14948365 | | Email/Text: mrdiscen@discover.com | Dec 17 2021 23:44:00 | Discover Bank, PO Box 30943, Salt Lake City, UT 84130 |
| 14948366 | | Email/Text: mrdiscen@discover.com | Dec 17 2021 23:44:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |

Case 18-11178-TPA Doc 44 Filed 12/19/21 Entered 12/20/21 00:24:58 Desc Imaged
Certificate of Notice Page 3 of 4

| District/off: 0315-1 | User: dpas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2021 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14953125 | | Email/Text: mrdiscen@discover.com | Dec 17 2021 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14948372 | + | Email/Text: BKRMailOPS@weltman.com | Dec 17 2021 23:44:00 | Kay Jewelers, 375 Ghent Road, Fairlawn, OH 44333-4600 |
| 14948373 | + | Email/Text: bankruptcy@nbtbank.com | Dec 17 2021 23:44:00 | Nbt Bank Na, 52 South Broad Street, Norwich, NY 13815-1699 |
| 14948374 | + | Email/Text: BKVerification@Ocwen.com | Dec 17 2021 23:44:00 | Ocwen Loan, 1661 Worthington Road, West Palm Beach, FL 33409-6493 |
| 14982084 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 17 2021 23:44:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND,OH 44101 |
| 14948376 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 17 2021 23:44:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14948378 | + | Email/Text: bankruptcy@bbandt.com | Dec 17 2021 23:44:00 | Sheffield Financial Company, 2554 Lewisville Clemmons, Clemmons, NC 27012-8110 |
| 14948380 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2021 23:55:36 | The Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 14948381 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2021 23:55:32 | Tractor Supply, PO Box 9001006, Louisville, KY 40290-1006 |
| 14981103 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 17 2021 23:44:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 14948384 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 17 2021 23:44:00 | Us Bank, Po Box 5227, Cincinnati, OH 45201 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| 14948367 | ##+ | Ditech Financial LLC, Po Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2021              Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

District/off: 0315-1     User: dpas     Page 3 of 3
Date Rcvd: Dec 17, 2021     Form ID: pdf900     Total Noticed: 35

on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Daniel P. Foster
    on behalf of Debtor Gloria Jean Knapp dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Maria Miksich
    on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 5