Form 300a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Gloria Jean Knapp** | : | Case No. 18−11178−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 45 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 3/9/22 at 12:00 PM |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

  *AND NOW,* this *The 27th of December, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 45 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) **On or before February 10, 2022**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on **March 9, 2022 at 12:00 PM** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

  (4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

                                    Thomas P. Agresti, Judge
                                    United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 18-11178-TPA
Gloria Jean Knapp | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: agro Page 1 of 3
Date Rcvd: Dec 27, 2021 Form ID: 300a Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gloria Jean Knapp, 4013 Hatch Run Road, Warren, PA 16365-8148 |
| 14948363 | + | Community Bank Na, 45-49 Court Street, Canton, NY 13617-1179 |
| 14954093 | + | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 14948368 | + | Donald E Lewis Funeral Home Inc, 304 East Street, Warren, PA 16365-2322 |
| 14948369 | + | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14948370 | + | Five Star Bank, 55 North Main Street, Warsaw, NY 14569-1325 |
| 14948371 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14982330 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14948375 | + | Phillips & Cohen Associates Ltd, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 14948377 | + | Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 14948379 | + | Synchrony Bank / Grossman's Bargain, PO Box 960061, Orlando, FL 32896-0061 |
| 14948382 | + | Travelers, NBT Insurance Agency LLC, 66 South Broad Street, Norwich, NY 13815-1736 |
| 14948383 | + | UPMC Community Medicine, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| 14948385 | + | Warren General Hospital, 2 West Crescent Park, Warren, PA 16365-2199 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14948358 | + | Email/Text: BKMailBayview@bayviewloanservicing.com Dec 28 2021 02:40:00 | | Bayview Financial Loan, 4425 Ponce De Leon Boulevard, Coral Gables, FL 33146-1873 |
| 14979305 | | Email/Text: Bankruptcy.RI@Citizensbank.com Dec 28 2021 02:40:00 | | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 14979591 | | Email/Text: Bankruptcy.RI@Citizensbank.com Dec 28 2021 02:40:00 | | Citizens Bank NA, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14948359 | | Email/Text: Bankruptcy.RI@Citizensbank.com Dec 28 2021 02:40:00 | | Citizens Bank Na, 480 Jefferson Boulevard, Warwick, RI 02886 |
| 14948360 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 28 2021 02:40:00 | | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14948361 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 28 2021 02:40:00 | | Comenity Bank / Kay's, 3100 Easton Square Plaza, Columbus, OH 43219-6232 |
| 14948362 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 28 2021 02:40:00 | | Comenity Capital Bank / Haband, Po Box 182120, Columbus, OH 43218-2120 |
| 14948364 | + | Email/Text: BKPT@cfna.com Dec 28 2021 02:40:00 | | Credit First NA, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 14948365 | | Email/Text: mrdiscen@discover.com Dec 28 2021 02:40:00 | | Discover Bank, PO Box 30943, Salt Lake City, UT 84130 |
| 14948366 | | Email/Text: mrdiscen@discover.com Dec 28 2021 02:40:00 | | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |

| District/off: 0315-1 | User: agro | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 300a | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14953125 | | Email/Text: mrdiscen@discover.com | Dec 28 2021 02:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14948372 | + | Email/Text: BKRMailOPS@weltman.com | Dec 28 2021 02:40:00 | Kay Jewelers, 375 Ghent Road, Fairlawn, OH 44333-4600 |
| 14948373 | + | Email/Text: bankruptcy@nbtbank.com | Dec 28 2021 02:41:00 | Nbt Bank Na, 52 South Broad Street, Norwich, NY 13815-1699 |
| 14948374 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 28 2021 02:40:00 | Ocwen Loan, 1661 Worthington Road, West Palm Beach, FL 33409-6493 |
| 14982084 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND,OH 44101 |
| 14948376 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 02:40:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14948378 | + | Email/Text: bankruptcy@bbandt.com | Dec 28 2021 02:41:00 | Sheffield Financial Company, 2554 Lewisville Clemmons, Clemmons, NC 27012-8110 |
| 14948380 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:37 | The Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 14948381 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:56 | Tractor Supply, PO Box 9001006, Louisville, KY 40290-1006 |
| 14981103 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 28 2021 02:41:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 14948384 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 28 2021 02:41:00 | Us Bank, Po Box 5227, Cincinnati, OH 45201 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| 14948367 | ##+ | Ditech Financial LLC, Po Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2021         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

District/off: 0315-1      User: agro      Page 3 of 3

Date Rcvd: Dec 27, 2021      Form ID: 300a      Total Noticed: 35

on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

**Daniel P. Foster**

on behalf of Debtor Gloria Jean Knapp dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

**Maria Miksich**

on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

**Office of the United States Trustee**

ustpregion03.pi.ecf@usdoj.gov

**Ronda J. Winnecour**

cmecf@chapter13trusteewdpa.com

TOTAL: 5