Certificate Number: 03088-PAW-DE-036231292

Bankruptcy Case Number: 18-11178



03088-PAW-DE-036231292

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 30, 2021, at 7:54 o'clock AM CST, Gloria J Knapp completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 30, 2021             By:   /s/Susan D Gann

Name: Susan D Gann

Title: Counselor