Case 18-11178-TPA    Doc 55    Filed 02/17/22    Entered 02/18/22 00:26:12    Desc Imaged
Certificate of Notice    Page 1 of 4

FILED
2/15/22 12:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
GLORIA JEAN KNAPP

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-11178 TPA

Chapter 13

Related Document No.: 45

ORDER OF COURT

AND NOW, this 15th day of February, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

asg

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 18-11178-TPA
Gloria Jean Knapp | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Feb 15, 2022     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gloria Jean Knapp, 4013 Hatch Run Road, Warren, PA 16365-8148 |
| 14948363 | + | Community Bank Na, 45-49 Court Street, Canton, NY 13617-1179 |
| 14954093 | + | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 14948368 | + | Donald E Lewis Funeral Home Inc, 304 East Street, Warren, PA 16365-2322 |
| 14948369 | + | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14948370 | + | Five Star Bank, 55 North Main Street, Warsaw, NY 14569-1325 |
| 14948371 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14982330 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14948375 | + | Phillips & Cohen Associates Ltd, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 14948377 | + | Receivables Outsourcing LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 14948379 | + | Synchrony Bank / Grossman's Bargain, PO Box 960061, Orlando, FL 32896-0061 |
| 14948382 | + | Travelers, NBT Insurance Agency LLC, 66 South Broad Street, Norwich, NY 13815-1736 |
| 14948383 | + | UPMC Community Medicine, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| 14948385 | + | Warren General Hospital, 2 West Crescent Park, Warren, PA 16365-2199 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14948358 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 15 2022 23:38:00 | Bayview Financial Loan, 4425 Ponce De Leon Boulevard, Coral Gables, FL 33146-1873 |
| 14979305 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 15 2022 23:38:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 14979591 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 15 2022 23:38:00 | Citizens Bank NA, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14948359 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 15 2022 23:38:00 | Citizens Bank Na, 480 Jefferson Boulevard, Warwick, RI 02886 |
| 14948360 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 15 2022 23:39:00 | Comenity Bank / Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14948361 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 15 2022 23:39:00 | Comenity Bank / Kay's, 3100 Easton Square Plaza, Columbus, OH 43219-6232 |
| 14948362 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 15 2022 23:39:00 | Comenity Capital Bank / Haband, Po Box 182120, Columbus, OH 43218-2120 |
| 14948364 | + | Email/Text: BKPT@cfna.com | Feb 15 2022 23:38:00 | Credit First NA, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 14948365 | | Email/Text: mrdiscen@discover.com | Feb 15 2022 23:38:00 | Discover Bank, PO Box 30943, Salt Lake City, UT 84130 |
| 14948366 | | Email/Text: mrdiscen@discover.com | Feb 15 2022 23:38:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | Bypass/Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 14953125 | Email/Text: mrdiscen@discover.com | Feb 15 2022 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14948372 | + Email/Text: BKRMailOPS@weltman.com | Feb 15 2022 23:39:00 | Kay Jewelers, 375 Ghent Road, Fairlawn, OH 44333-4600 |
| 14948373 | + Email/Text: bankruptcy@nbtbank.com | Feb 15 2022 23:39:00 | Nbt Bank Na, 52 South Broad Street, Norwich, NY 13815-1699 |
| 14948374 | + Email/Text: BKEBN-Notifications@ocwen.com | Feb 15 2022 23:39:00 | Ocwen Loan, 1661 Worthington Road, West Palm Beach, FL 33409-6493 |
| 14982084 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2022 23:38:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14948376 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 15 2022 23:38:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 14948378 | + Email/Text: bankruptcy@bbandt.com | Feb 15 2022 23:39:00 | Sheffield Financial Company, 2554 Lewisville Clemmons, Clemmons, NC 27012-8110 |
| 14948380 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2022 23:38:50 | The Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 14948381 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2022 23:38:29 | Tractor Supply, PO Box 9001006, Louisville, KY 40290-1006 |
| 14981103 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 15 2022 23:39:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 14948384 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 15 2022 23:39:00 | Us Bank, Po Box 5227, Cincinnati, OH 45201 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| 14948367 | ##+ | Ditech Financial LLC, Po Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 17, 2022        Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2022 | Form ID: pdf900 | Total Noticed: 35 |

on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Daniel P. Foster
    on behalf of Debtor Gloria Jean Knapp dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Maria Miksich
    on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5